### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

RE:    MARY L. CLARKE
        Debtor                                         CASE NO: 16-10838

### RESPONSE TO MOTION TO DISMISS

**COMES NOW, MARY L. CLARKE,** by and through counsel, and files this Response to Motion to Dismiss heretofore filed by **Terre M. Vardaman**, Chapter 13 Trustee, and in support thereof, would respectfully show unto the Court, the following:

I.

The debtor, **MARY L. CLARKE,** neither admits nor denies the allegations contained in paragraph I of the Trustee's Motion.

II.

The debtor, **MARY L. CLARKE,** neither admits nor denies the allegations contained in the last Paragraph of the Trustee's Motion entitled "Wherefore".

**WHEREFORE**, debtor prays that this Motion to Dismiss be denied and that a hearing be set on this cause.

                                                  Respectfully submitted,
                                                  **MARY L. CLARKE**

                                                  BY: \s\ Paula E. Drungole
                                                  Paula E. Drungole

Dated: January 25, 2018

## **CERTIFICATE OF SERVICE**

I, PAULA E. DRUNGOLE, do hereby certify that I have one this day a copy of the foregoing electronically filed **RESPONSE TO MOTION TO DISMISS** was serviced on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Hon. Terre M. Vardaman
Chapter 13 Trustee
P. O. Box 1326
Brandon, MS 39043
VARDAMAN13ECF@gmail.com

U. S. Trustee
501 East Court Street,
Suite 6-430
Jackson, MS  39201
USTPRegion05.AB.ECF@usdoj.gov

**SO CERTIFIED**, this the    25th    day of January ,   2018 .

\s\ Paula E. Drungole
PAULA E. DRUNGOLE